UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAHSAAN A. SEABURY,

                  Plaintiff,

-against-

THE CITY OF NEW YORK,

                  Defendant.
---------------------------------------------------------------X

JUDGMENT
06-CV- 0807 (ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 24 2006 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 21, 2006, dismissing the complaint as frivolous pursuant to Fitzgerald v. First East Seventh Street Tenants Corp., 221 F.3d 362, 364 (2d Cir 2000) (per curiam); and denying as moot defendant's request the time to respond to the complaint until April 16, 2006; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is dismissed; and that defendant's request to extend the time to respond to the complaint until April 16, 2006 is denied as moot.

Dated: Brooklyn, New York
        March 21, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court